File No. 12116-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Terri L. Riggin, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 24-22436 JAD |

### AFFIDAVIT OF INCOME

Terri L. Riggin, Debtor in the within bankruptcy, states that she is employed as a customer service representative by NiSource Corporate Services. From January 1, 2024, through the present, she has earned $33,737.00. She has no income from any other source.

Proof of Debtor's income is attached.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Terri L. Riggin, Debtor

NiSource Corporate Services Co    801 East 86th Avenue Merrillville, IN 46410    +1 888-640-3320

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Terri Riggin | NiSource Corporate Services Co | 131500 | 10/06/2024 | 10/19/2024 | 10/18/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,685.85 | 232.25 | 213.16 | 3.95 | 1,236.49 |
| YTD | 33,737.03 | 4,568.38 | 4,510.14 | 334.42 | 24,324.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive | | | 0.000000 | | | 2,527.77 |
| Cur-Straight-addi | 09/22/2024 - 10/05/2024 | 0.17 | 19.200000 | 3.28 | 4.52 | 84.78 |
| DR/Dentist Appt I | | | 0.000000 | | 8.00 | 153.60 |
| FMLA Sick - 60% | | | 0.000000 | | 37.42 | 414.47 |
| FMLA Sick-100% | 09/22/2024 - 10/05/2024 | 26.73 | 19.200000 | 513.22 | 159.78 | 3,052.91 |
| Floating Holiday - | | | 0.000000 | | 40.00 | 741.36 |
| Holiday - RFR | | | 0.000000 | | 40.00 | 756.16 |
| Illness in Family - | | | 0.000000 | | 16.00 | 301.28 |
| OT-Cur-Double | | | 0.000000 | | 0.17 | 6.53 |
| OT-Cur-T1/2 | | | 0.000000 | | 2.32 | 66.10 |
| Regular Pay | 09/22/2024 - 10/05/2024 | -80.00 | -19.200000 | -1,536.00 | | |
| Regular Pay | 09/22/2024 - 10/05/2024 | 53.27 | 19.200000 | 1,022.79 | | |
| Regular Pay | 10/06/2024 - 10/19/2024 | 80.00 | 21.000000 | 1,680.00 | 1,045.61 | 20,099.51 |
| ShiftPay-Str | 09/22/2024 - 10/05/2024 | 2.00 | 1.250000 | 2.56 | 21.94 | 28.01 |
| Sick-100% - RFR | | | 0.000000 | | 81.47 | 1,564.23 |
| Vacation-RFR | | | 0.000000 | | 208.00 | 3,940.32 |
| Earnings | | | | 1,685.85 | | 33,737.03 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 93.53 | 1,870.56 |
| Medicare | 21.87 | 437.47 |
| Federal Withholding | 33.49 | 913.87 |
| State Tax - PA | 46.18 | 924.15 |
| SUI-Employee Paid - PA | 1.05 | 21.07 |
| City Tax - GEORG | 15.04 | 301.02 |
| PA LST - GEORG | 2.00 | 42.00 |
| Employee Taxes | 213.16 | 4,510.14 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 50.50 | 933.38 |
| Dental Pre-Tax | 27.90 | 558.00 |
| Medical Pre-Tax | 151.05 | 3,021.00 |
| Vision Pre-Tax | 2.80 | 56.00 |
| Pre Tax Deductions | 232.25 | 4,568.38 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life After-Tax | 3.95 | 79.00 |
| Savings Plan Loan 1 | | 255.42 |
| Post Tax Deductions | 3.95 | 334.42 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| HSA Employer Seed | | 700.00 |
| Imputed Income Life Insurance | 4.37 | 68.22 |
| Employer Paid Benefits | 4.37 | 768.22 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,508.47 | 30,170.25 |
| Medicare - Taxable Wages | 1,508.47 | 30,170.25 |
| Federal Withholding - Taxable Wages | 1,457.97 | 29,236.87 |
| State Tax Taxable Wages - PA | 1,504.10 | 30,102.03 |
| City Tax Taxable Wages - GEORG | 1,504.10 | 30,102.03 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| | Chime | | | 1,174.67 | USD |
| Bancorp Bank | | | | 61.82 | USD |

NiSource Corporate Services Co    801 East 86th Avenue Merrillville, IN 46410    +1 888-640-3320

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Terri Riggin | NiSource Corporate Services Co | 131500 | 09/08/2024 | 09/21/2024 | 09/20/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,537.76 | 227.86 | 181.17 | 16.91 | 1,111.82 |
| YTD | 30,509.60 | 4,108.19 | 4,114.99 | 326.52 | 21,959.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive | | | 0.000000 | | | 2,527.77 |
| Cur-Straight-addi | 08/25/2024 - 09/07/2024 | 0.04 | 19.200000 | 0.78 | 4.16 | 77.84 |
| DR/Dentist Appt l | | | 0.000000 | | 8.00 | 153.60 |
| FMLA Sick - 60% | | | 0.000000 | | 37.42 | 414.47 |
| FMLA Sick-100% | 08/25/2024 - 09/07/2024 | 12.95 | 19.200000 | 248.64 | 101.05 | 1,925.29 |
| Floating Holiday - | | | 0.000000 | | 40.00 | 741.36 |
| Holiday - RFR | 08/25/2024 - 09/07/2024 | 8.00 | 19.200000 | 153.60 | 40.00 | 756.16 |
| Illness in Family - | | | 0.000000 | | 16.00 | 301.28 |
| OT-Cur-Double | | | 0.000000 | | 0.17 | 6.53 |
| OT-Cur-T1/2 | | | 0.000000 | | 2.32 | 66.10 |
| Regular Pay | 08/25/2024 - 09/07/2024 | -80.00 | -19.200000 | -1,536.00 | | |
| Regular Pay | 08/25/2024 - 09/21/2024 | 107.05 | 19.200000 | 2,055.36 | 944.34 | 18,011.12 |
| ShiftPay-Str | 08/25/2024 - 09/07/2024 | 0.77 | 1.250000 | 0.98 | 18.44 | 23.53 |
| Sick-100% - RFR | | | 0.000000 | | 81.47 | 1,564.23 |
| Vacation-RFR | 08/25/2024 - 09/07/2024 | 32.00 | 19.200000 | 614.40 | 208.00 | 3,940.32 |
| Earnings | | | | 1,537.76 | | 30,509.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 84.29 | 1,692.51 |
| Medicare | 19.71 | 395.83 |
| Federal Withholding | 19.03 | 860.98 |
| State Tax - PA | 41.63 | 836.22 |
| SUI-Employee Paid - PA | 0.95 | 19.07 |
| City Tax - GEORG | 13.56 | 272.38 |
| PA LST - GEORG | 2.00 | 38.00 |
| Employee Taxes | 181.17 | 4,114.99 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 46.11 | 836.69 |
| Dental Pre-Tax | 27.90 | 502.20 |
| Medical Pre-Tax | 151.05 | 2,718.90 |
| Vision Pre-Tax | 2.80 | 50.40 |
| Pre Tax Deductions | 227.86 | 4,108.19 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life After-Tax | 3.95 | 71.10 |
| Savings Plan Loan 1 | 12.96 | 255.42 |
| Post Tax Deductions | 16.91 | 326.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| HSA Employer Seed | | 700.00 |
| Imputed Income Life Insurance | 3.45 | 60.40 |
| Employer Paid Benefits | 3.45 | 760.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,359.46 | 27,298.50 |
| Medicare - Taxable Wages | 1,359.46 | 27,298.50 |
| Federal Withholding - Taxable Wages | 1,313.35 | 26,461.81 |
| State Tax Taxable Wages - PA | 1,356.01 | 27,238.10 |
| City Tax Taxable Wages - GEORG | 1,356.01 | 27,238.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Bancorp Bank | Chime | | | 555.91 | USD |
| | | | | 555.91 | USD |

NiSource Corporate Services Co    801 East 86th Avenue Merrillville, IN 46410    +1 888-640-3320

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Terri Riggin | NiSource Corporate Services Co | 131500 | 08/25/2024 | 09/07/2024 | 09/06/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,538.31 | 227.85 | 181.29 | 17.42 | 1,111.75 |
| YTD | 28,971.84 | 3,880.33 | 3,933.82 | 309.61 | 20,848.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive | | | 0.000000 | | | 2,527.77 |
| Cur-Straight-addi | 08/11/2024 - 08/24/2024 | 0.02 | 19.200000 | 0.39 | 4.12 | 77.06 |
| DR/Dentist Appt I | | | 0.000000 | | 8.00 | 153.60 |
| FMLA Sick - 60% | | | 0.000000 | | 37.42 | 414.47 |
| FMLA Sick-100% | 08/11/2024 - 08/24/2024 | 32.00 | 19.200000 | 614.40 | 88.10 | 1,676.65 |
| Floating Holiday - | | | 0.000000 | | 40.00 | 741.36 |
| Holiday - RFR | | | 0.000000 | | 32.00 | 602.56 |
| Illness in Family - | | | 0.000000 | | 16.00 | 301.28 |
| OT-Cur-Double | | | 0.000000 | | 0.17 | 6.53 |
| OT-Cur-T1/2 | | | 0.000000 | | 2.32 | 66.10 |
| Regular Pay | 08/11/2024 - 08/24/2024 | -80.00 | -19.200000 | -1,536.00 | | |
| Regular Pay | 08/11/2024 - 09/07/2024 | 128.00 | 19.200000 | 2,457.60 | 917.29 | 17,491.76 |
| ShiftPay-Str | 08/11/2024 - 08/24/2024 | 1.50 | 1.250000 | 1.92 | 17.67 | 22.55 |
| Sick-100% - RFR | | | 0.000000 | | 81.47 | 1,564.23 |
| Vacation-RFR | | | 0.000000 | | 176.00 | 3,325.92 |
| Earnings | | | | 1,538.31 | | 28,971.84 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 84.32 | 1,608.22 |
| Medicare | 19.72 | 376.12 |
| Federal Withholding | 19.08 | 841.95 |
| State Tax - PA | 41.65 | 794.59 |
| SUI-Employee Paid - PA | 0.95 | 18.12 |
| City Tax - GEORG | 13.57 | 258.82 |
| PA LST - GEORG | 2.00 | 36.00 |
| Employee Taxes | 181.29 | 3,933.82 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 46.10 | 790.58 |
| Dental Pre-Tax | 27.90 | 474.30 |
| Medical Pre-Tax | 151.05 | 2,567.85 |
| Vision Pre-Tax | 2.80 | 47.60 |
| Pre Tax Deductions | 227.85 | 3,880.33 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life After-Tax | 3.95 | 67.15 |
| Savings Plan Loan 1 | 13.47 | 242.46 |
| Post Tax Deductions | 17.42 | 309.61 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| HSA Employer Seed | | 700.00 |
| Imputed Income Life Insurance | 3.45 | 56.95 |
| Employer Paid Benefits | 3.45 | 756.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,360.01 | 25,939.04 |
| Medicare - Taxable Wages | 1,360.01 | 25,939.04 |
| Federal Withholding - Taxable Wages | 1,313.91 | 25,148.46 |
| State Tax Taxable Wages - PA | 1,356.56 | 25,882.09 |
| City Tax Taxable Wages - GEORG | 1,356.56 | 25,882.09 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | Chime | | | 555.88 USD |
| Bancorp Bank | | | | 555.87 USD |

NiSource Corporate Services Co    801 East 86th Avenue Merrillville, IN 46410    +1 888-640-3320

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Terri Riggin | NiSource Corporate Services Co | 131500 | 08/11/2024 | 08/24/2024 | 08/23/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,536.71 | 227.85 | 180.94 | 17.42 | 1,110.50 |
| YTD | 27,433.53 | 3,652.48 | 3,752.53 | 292.19 | 19,736.33 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive | | | 0.000000 | | | 2,527.77 |
| Cur-Straight-addi | 07/28/2024 - 08/10/2024 | 0.02 | 19.200000 | 0.39 | 4.10 | 76.67 |
| DR/Dentist Appt I | | | 0.000000 | | 8.00 | 153.60 |
| FMLA Sick - 60% | | | 0.000000 | | 37.42 | 414.47 |
| FMLA Sick-100% | 07/28/2024 - 08/10/2024 | 24.00 | 19.200000 | 460.80 | 56.10 | 1,062.25 |
| Floating Holiday - | | | 0.000000 | | 40.00 | 741.36 |
| Holiday - RFR | | | 0.000000 | | 32.00 | 602.56 |
| Illness in Family - | | | 0.000000 | | 16.00 | 301.28 |
| OT-Cur-Double | | | 0.000000 | | 0.17 | 6.53 |
| OT-Cur-T1/2 | | | 0.000000 | | 2.32 | 66.10 |
| Regular Pay | 07/28/2024 - 08/10/2024 | -40.00 | -19.200000 | -768.00 | | |
| Regular Pay | 07/28/2024 - 08/24/2024 | 96.00 | 19.200000 | 1,843.20 | 869.29 | 16,570.16 |
| ShiftPay-Str | 07/28/2024 - 08/10/2024 | 0.25 | 1.250000 | 0.32 | 16.17 | 20.63 |
| Sick-100% - RFR | | | 0.000000 | | 81.47 | 1,564.23 |
| Suspension - Tim | 07/28/2024 - 08/10/2024 | 40.00 | 0.000000 | 0.00 | 40.00 | 0.00 |
| Vacation-RFR | | | 0.000000 | | 176.00 | 3,325.92 |
| Earnings | | | | 1,536.71 | | 27,433.53 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 84.22 | 1,523.90 |
| Medicare | 19.70 | 356.40 |
| Federal Withholding | 18.92 | 822.87 |
| State Tax - PA | 41.60 | 752.94 |
| SUI-Employee Paid - PA | 0.95 | 17.17 |
| City Tax - GEORG | 13.55 | 245.25 |
| PA LST - GEORG | 2.00 | 34.00 |
| Employee Taxes | 180.94 | 3,752.53 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 46.10 | 744.48 |
| Dental Pre-Tax | 27.90 | 446.40 |
| Medical Pre-Tax | 151.05 | 2,416.80 |
| Vision Pre-Tax | 2.80 | 44.80 |
| Pre Tax Deductions | 227.85 | 3,652.48 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life After-Tax | 3.95 | 63.20 |
| Savings Plan Loan 1 | 13.47 | 228.99 |
| Post Tax Deductions | 17.42 | 292.19 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| HSA Employer Seed | | 700.00 |
| Imputed Income Life Insurance | 3.45 | 53.50 |
| Employer Paid Benefits | 3.45 | 753.50 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,358.41 | 24,579.03 |
| Medicare - Taxable Wages | 1,358.41 | 24,579.03 |
| Federal Withholding - Taxable Wages | 1,312.31 | 23,834.55 |
| State Tax Taxable Wages - PA | 1,354.96 | 24,525.53 |
| City Tax Taxable Wages - GEORG | 1,354.96 | 24,525.53 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | Chime | | | 555.25 USD |
| Bancorp Bank | | | | 555.25 USD |

NiSource Corporate Services Co    801 East 86th Avenue Merrillville, IN 46410    +1 888-640-3320

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Terri Riggin | NiSource Corporate Services Co | 131500 | 07/28/2024 | 08/10/2024 | 08/09/2024 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 698.88 | 202.72 | 63.24 | 17.42 | 415.50 |
| YTD | 25,896.82 | 3,424.63 | 3,571.59 | 274.77 | 18,625.83 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Annual Incentive | | | 0.000000 | | | 2,527.77 |
| Cur-Straight-addi | 07/14/2024 - 07/27/2024 | 0.10 | 19.200000 | 1.92 | 4.08 | 76.28 |
| DR/Dentist Appt I | | | 0.000000 | | 8.00 | 153.60 |
| FMLA Approve (L | 07/14/2024 - 07/27/2024 | 3.70 | 0.000000 | 0.00 | 3.70 | 0.00 |
| FMLA Sick - 60% | | | 0.000000 | | 37.42 | 414.47 |
| FMLA Sick-100% | 07/14/2024 - 07/27/2024 | 12.00 | 19.200000 | 230.40 | 32.10 | 601.45 |
| Floating Holiday - | | | 0.000000 | | 40.00 | 741.36 |
| Holiday - RFR | | | 0.000000 | | 32.00 | 602.56 |
| Illness in Family - | | | 0.000000 | | 16.00 | 301.28 |
| OT-Cur-Double | | | 0.000000 | | 0.17 | 6.53 |
| OT-Cur-T1/2 | | | 0.000000 | | 2.32 | 66.10 |
| Regular Pay | 07/14/2024 - 07/27/2024 | -80.00 | -19.200000 | -1,536.00 | | |
| Regular Pay | 07/14/2024 - 08/10/2024 | 96.30 | 19.200000 | 1,848.96 | 813.29 | 15,494.96 |
| ShiftPay-Str | | | 0.000000 | | 15.92 | 20.31 |
| Sick-100% - RFR | | | 0.000000 | | 81.47 | 1,564.23 |
| Vacation-RFR | 07/14/2024 - 07/27/2024 | 8.00 | 19.200000 | 153.60 | 176.00 | 3,325.92 |
| Earnings | | | | 698.88 | | 25,896.82 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 32.28 | 1,439.68 |
| Medicare | 7.55 | 336.70 |
| Federal Withholding | 0.00 | 803.95 |
| State Tax - PA | 15.88 | 711.34 |
| SUI-Employee Paid - PA | 0.36 | 16.22 |
| City Tax - GEORG | 5.17 | 231.70 |
| PA LST - GEORG | 2.00 | 32.00 |
| Employee Taxes | 63.24 | 3,571.59 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 20.97 | 698.38 |
| Dental Pre-Tax | 27.90 | 418.50 |
| Medical Pre-Tax | 151.05 | 2,265.75 |
| Vision Pre-Tax | 2.80 | 42.00 |
| Pre Tax Deductions | 202.72 | 3,424.63 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life After-Tax | 3.95 | 59.25 |
| Savings Plan Loan 1 | 13.47 | 215.52 |
| Post Tax Deductions | 17.42 | 274.77 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| HSA Employer Seed | | 700.00 |
| Imputed Income Life Insurance | 3.45 | 50.05 |
| Employer Paid Benefits | 3.45 | 750.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 520.58 | 23,220.62 |
| Medicare - Taxable Wages | 520.58 | 23,220.62 |
| Federal Withholding - Taxable Wages | 499.61 | 22,522.24 |
| State Tax Taxable Wages - PA | 517.13 | 23,170.57 |
| City Tax Taxable Wages - GEORG | 517.13 | 23,170.57 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| | | | | 207.75 USD |
| Bancorp Bank | Chime | | | 207.75 USD |