File No. 14041

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Darrin M. Joseph, II, | : | |
| | : | |
| | : | |
| Debtor. | : | Case No. 24-22474 CMB |

## AFFIDAVIT OF INCOME

Darrin M. Joseph, II, Debtor in the within bankruptcy, states that he is employed as a delivery driver by UPS. From January 1, 2024, through the present, he has earned $86,575. He has no income from any other source.

Proof of Debtor's income is attached.

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that statements herein are made subject to the penalties of 18 Pa.C.S.A. Section 4904 relating to unsworn falsifications to authorities.

_____
Darrin M. Joseph, II, Debtor

| EMPLOYEE NAME | WORK LOCATION | ADVICE NO. |
|---|---|---|
| DARRIN M JOSEPH II | 0732 PAWAS PKG 1530 | 0732176178 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4129456 | | S | S  00 | | 10/11/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 09/29/2024 | 10/05/2024 | 1,733.62 | 448.08 | 28.50 | 1,257.04 |

EARNINGS

| DESCRIPTION | RATE | MILES | HOURS | GROSP PAY |
|---|---|---|---|---|
| CURRENT PAY RATE | 44.84 | | | |
| REGULAR | 44.843 | | 24.00 | 1,076.23 |
| OVERTIME | 67.264 | | 4.44 | 298.65 |
| OPT'N DA | 44.843 | | 8.00 | 358.74 |
| TOTAL HOURS WORKED | | | 28.44 | |
| CURRENT TOTALS | | | | 1,733.62 |
| Y-T-D TOTALS | | 1,826.73 | | 86,575.31 |

TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA | 107.49 | 5,367.67 |
| FICA MEDICARE | 25.14 | 1,255.34 |
| FEDERAL TAX | 242.68 | 13,288.90 |
| ST TAX- PA | 53.22 | 2,657.85 |
| SUT EMPL DEDCT | 1.21 | 60.61 |
| S STRABANE | 1.00 | 42.00 |
| S STRABANE | 17.34 | 865.77 |
| TOTALS | 448.08 | |

DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| UNIONDUE | 28.50 | 1,036.50 |
| TOTALS | 28.50 | |

VAC  0.00 H     OPD  8.00 H          OTH  0.00 H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON   PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024436 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 10/11/2024 | 0732176178 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,257.04 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**





| EMPLOYEE NAME | WORK LOCATION | ADVICE NO. |
|---|---|---|
| DARRIN M JOSEPH II | 0732 PAWAS PKG 1530 | 0732166792 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4129456 | ****1988 | S | S  00 | | 10/04/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN 09/22/2024 | PERIOD END 09/28/2024 | TOTAL EARNINGS 2,285.42 | TOTAL TAXES 637.59 | TOTAL DEDUCTIONS 0.00 | NET AMOUNT 1,647.83 |

### EARNINGS
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY

```
CURRENT PAY RATE       44.84
REGULAR    44.843      40.00      1,793.72
OVERTIME   67.264       7.31        491.70
TOTAL HOURS WORKED     47.31
CURRENT TOTALS                    2,285.42
Y-T-D TOTALS        1,790.29    84,841.69
```

### TAXES - DEDUCTIONS - MISC
DESCRIPTION - CURRENT - YEAR-TO-DATE

```
TAXES
FICA                141.69     5,260.18
FICA MEDICARE        33.13     1,230.20
FEDERAL TAX         367.16    13,046.22
ST TAX- PA           70.16     2,604.63
SUT EMPL DEDCT        1.60        59.40
S STRABANE            1.00        41.00
S STRABANE           22.85       848.43
TOTALS              637.59
```

VAC  0.00 H    OPD  8.00 H    OTH  0.00 H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024436 (05/03)

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 10/04/2024 | 0732166792 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,647.83 |

Void After 180 Days

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND TRUE WATERMARK ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE

| EMPLOYEE NAME | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|
| DARRIN M JOSEPH II | | 0732 PAWAS PKG 1530 | | 0732157456 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4129456 | | S | S  00 | | 09/27/2024 |
| EARNINGS STATEMENT | PERIOD BEGIN 09/15/2024 | PERIOD END 09/21/2024 | TOTAL EARNINGS 1,251.79 | TOTAL TAXES 285.28 | TOTAL DEDUCTIONS 28.00 | NET AMOUNT 938.51 |

```
            EARNINGS                                    TAXES  -  DEDUCTIONS  -  MISC
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY      DESCRIPTION   -   CURRENT   -   YEAR-TO-DATE

    CURRENT PAY RATE    44.84                              TAXES
REGULAR   44.843    24.00    1,076.23           FICA                77.61        5,118.49
OVERTIME  67.264     2.61      175.56           FICA MEDICARE       18.16        1,197.07
TOTAL HOURS WORKED  26.61                       FEDERAL TAX        136.68       12,679.06
CURRENT TOTALS               1,251.79           ST TAX- PA          38.43        2,534.47
Y-T-D TOTALS      1,697.98  82,556.27           SUT EMPL DEDCT       0.88           57.80
                                                S STRABANE           1.00           40.00
                                                S STRABANE          12.52          825.58
                                                     TOTALS        285.28

                                                           DEDUCTIONS
                                                UNIONDUE            28.00        1,008.00
                                                     TOTALS         28.00
```

VAC 45.00 H    OPD 8.00 H           OTH 0.00 H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON   PA   15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

---

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 09/27/2024 | 0732157456 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | c | $******938.51 |

DEPOSITED IN THE NAME OF   DARRIN M JOSEPH II

Void After 180 Days

**DEPOSIT ADVICE - NON-NEGOTIABLE**



**UPS**

| EMPLOYEE NAME | WORK LOCATION | ADVICE NO. |
|---|---|---|
| DARRIN M JOSEPH II | 0732 PAWAS PKG 1530 | 0732157457 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4129456 | | S | S  00 | | 09/27/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 09/15/2024 | 10/12/2024 | 2,017.94 | 544.15 | 0.00 | 1,473.79 |

**EARNINGS**
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY

```
CURRENT PAY RATE         N/A
VACATION 44.843         45.00       2,017.94
TOTAL HOURS WORKED       0.00
CURRENT TOTALS                      2,017.94
Y-T-D TOTALS         1,742.98      82,556.27
```

**TAXES - DEDUCTIONS - MISC**
DESCRIPTION - CURRENT - YEAR-TO-DATE

```
TAXES
FICA                    125.11      5,118.49
FICA MEDICARE            29.26      1,197.07
FEDERAL TAX             305.24     12,679.06
ST TAX- PA               61.95      2,534.47
SUT EMPL DEDCT            1.41         57.80
S STRABANE                1.00         40.00
S STRABANE               20.18        825.58
TOTALS                  544.15
```

VAC 45.00 H    OPD 8.00 H    OTH 0.00 H

ADDRESS VERIFICATION AREA
1003 SOUTH MAIN ST
WASHINGTON    PA   15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

---

**United Parcel Service, Inc.**
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 09/27/2024 | 0732157457 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,473.79 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

**DEPOSIT ADVICE - NON-NEGOTIABLE**



| EMPLOYEE NAME | | WORK LOCATION | | | ADVICE NO. |
|---|---|---|---|---|---|
| DARRIN M JOSEPH II | | 0732 PAWAS PKG 1530 | | | 0732148265 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4129456 | | S | S 00 | | 09/20/2024 |
| EARNINGS STATEMENT | PERIOD BEGIN 09/08/2024 | PERIOD END 09/14/2024 | TOTAL EARNINGS 2,319.72 | TOTAL TAXES 649.90 | TOTAL DEDUCTIONS 28.00 | NET AMOUNT 1,641.82 |

EARNINGS
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY

CURRENT PAY RATE   44.84
REGULAR   44.843    40.00    1,793.72
OVERTIME  67.264     7.82      526.00
TOTAL HOURS WORKED  47.82
CURRENT TOTALS              2,319.72
Y-T-D TOTALS    1,671.37   79,286.54

TAXES - DEDUCTIONS - MISC
DESCRIPTION - CURRENT - YEAR-TO-DATE

TAXES
FICA              143.83    4,915.77
FICA MEDICARE      33.63    1,149.65
FEDERAL TAX       375.40   12,237.14
ST TAX- PA         71.22    2,434.09
SUT EMPL DEDCT      1.62       55.51
S STRABANE          1.00       38.00
S STRABANE         23.20      792.88
TOTALS            649.90

DEDUCTIONS
UNIONDUE           28.00      980.00
TOTALS             28.00

VAC  45.00 H    OPD  8.00 H         OTH  0.00 H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA
024438 (05/03)

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 09/20/2024 | 0732148265 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,641.82 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

DEPOSIT ADVICE - NON-NEGOTIABLE



| EMPLOYEE NAME | | WORK LOCATION | | | ADVICE NO. |
|---|---|---|---|---|---|
| DARRIN M JOSEPH II | | 0732 PAWAS PKG 1530 | | | 0732139016 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4129456 | | S | S  00 | | 09/13/2024 |
| EARNINGS STATEMENT | PERIOD BEGIN 09/01/2024 | PERIOD END 09/07/2024 | TOTAL EARNINGS 2,362.77 | TOTAL TAXES 665.30 | TOTAL DEDUCTIONS 28.00 | NET AMOUNT 1,669.47 |

```
                     EARNINGS                                    TAXES   -   DEDUCTIONS   -   MISC
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY         DESCRIPTION   -   CURRENT   -   YEAR-TO-DATE

          CURRENT PAY RATE    44.84                              TAXES
REGULAR    44.843    32.00    1,434.98         FICA                 146.49        4,771.94
OVERTIME   67.264     8.46      569.05         FICA MEDICARE         34.26        1,116.02
HOLIDAY    44.843     8.00      358.74         FEDERAL TAX          385.73       11,861.74
TOTAL HOURS WORKED   40.46                     ST TAX- PA            72.54        2,362.87
CURRENT TOTALS              2,362.77           SUT EMPL DEDCT         1.65           53.89
Y-T-D TOTALS    1,623.55   76,966.82           S STRABANE             1.00           37.00
                                               S STRABANE            23.63          769.68
                                                  TOTALS            665.30

                                                              DEDUCTIONS
                                               UNIONDUE              28.00          952.00
                                                  TOTALS             28.00
```

VAC   45.00  H      OPD    8.00  H           OTH    0.00  H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05·03)

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES



United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE.ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 09/13/2024 | 0732139016 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,669.47 |

DEPOSITED IN
THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

# DEPOSIT ADVICE - NON-NEGOTIABLE



| EMPLOYEE NAME | WORK LOCATION | ADVICE NO. |
|---|---|---|
| DARRIN M JOSEPH II | 0732 PAWAS PKG 1530 | 0732130041 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4129456 | | S | S  00 | | 09/06/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 08/25/2024 | 08/31/2024 | 2,345.28 | 659.04 | 28.00 | 1,658.24 |

EARNINGS
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY

TAXES - DEDUCTIONS - MISC
DESCRIPTION - CURRENT - YEAR-TO-DATE

```
CURRENT PAY RATE    44.84
REGULAR    44.843      40.00      1,793.72
OVERTIME   67.264       8.20        551.56
TOTAL HOURS WORKED     48.20
CURRENT TOTALS                    2,345.28
Y-T-D TOTALS        1,575.09    74,604.05
```

```
                    TAXES
FICA                   145.41      4,625.45
FICA MEDICARE           34.01      1,081.76
FEDERAL TAX            381.53     11,476.01
ST TAX- PA              72.00      2,290.33
SUT EMPL DEDCT           1.64         52.24
S STRABANE               1.00         36.00
S STRABANE              23.45        746.05
TOTALS                 659.04

                  DEDUCTIONS
UNIONDUE                28.00        924.00
TOTALS                  28.00
```

VAC  45.00  H     OPD  8.00  H     OTH  0.00  H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA  30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH  43235

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 09/06/2024 | 0732130041 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,658.24 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**

**UPS**

| EMPLOYEE NAME | WORK LOCATION | ADVICE NO. |
|---|---|---|
| DARRIN M JOSEPH II | 0732 PAWAS PKG 1530 | 0732121143 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4129456 | | S | S 00 | | 08/30/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN 08/18/2024 | PERIOD END 08/24/2024 | TOTAL EARNINGS 1,946.19 | TOTAL TAXES 519.90 | TOTAL DEDUCTIONS 28.00 | NET AMOUNT 1,398.29 |

EARNINGS — TAXES — DEDUCTIONS — MISC

DESCRIPTION - RATE - MILES - HOURS - GROSS PAY | DESCRIPTION - CURRENT - YEAR-TO-DATE

```
CURRENT PAY RATE    44.84                    TAXES
REGULAR    44.843    32.00    1,434.98     FICA              120.66     4,480.04
OVERTIME   67.264     7.60      511.21     FICA MEDICARE      28.22     1,047.75
TOTAL HOURS WORKED   39.60                  FEDERAL TAX       289.45    11,094.48
CURRENT TOTALS               1,946.19       ST TAX- PA         59.75     2,218.33
Y-T-D TOTALS       1,526.89  72,258.77      SUT EMPL DEDCT      1.36        50.60
                                            S STRABANE          1.00        35.00
                                            S STRABANE         19.46       722.60
                                            TOTALS            519.90

                                            DEDUCTIONS
                                            UNIONDUE           28.00       896.00
                                            TOTALS             28.00
```

VAC 45.00 H    OPD 8.00 H    OTH 0.00 H

ADDRESS VERIFICATION AREA
1003 SOUTH MAIN ST
WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

**UPS** United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 08/30/2024 | 0732121143 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,398.29 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**

| EMPLOYEE NAME | | | | WORK LOCATION | | | ADVICE NO. |
|---|---|---|---|---|---|---|---|
| DARRIN M JOSEPH II | | | | 0732 PAWAS PKG 1530 | | | 0732112200 |
| EMPLOYEE I.D. | TAX I.D. | | FEDERAL STATUS | STATE WORK | STATE RES STATUS | | ADVICE DATE |
| 4129456 | | | S | S  00 | | | 08/23/2024 |
| EARNINGS STATEMENT | PERIOD BEGIN 08/11/2024 | PERIOD END 08/17/2024 | TOTAL EARNINGS 2,311.65 | TOTAL TAXES 647.01 | TOTAL DEDUCTIONS 28.00 | | NET AMOUNT 1,636.64 |

| EARNINGS | | | | TAXES - DEDUCTIONS - MISC | | |
|---|---|---|---|---|---|---|
| DESCRIPTION - RATE - MILES - HOURS - GROSS PAY | | | | DESCRIPTION | CURRENT | YEAR-TO-DATE |
| CURRENT PAY RATE | 44.84 | | | TAXES | | |
| REGULAR 44.843 | | 40.00 | 1,793.72 | FICA | 143.32 | 4,359.38 |
| OVERTIME 67.264 | | 7.70 | 517.93 | FICA MEDICARE | 33.52 | 1,019.53 |
| TOTAL HOURS WORKED | | 47.70 | | FEDERAL TAX | 373.46 | 10,805.03 |
| CURRENT TOTALS | | | 2,311.65 | ST TAX- PA | 70.97 | 2,158.58 |
| Y-T-D TOTALS | | 1,487.29 | 70,312.58 | SUT EMPL DEDCT | 1.62 | 49.24 |
| | | | | S STRABANE | 1.00 | 34.00 |
| | | | | S STRABANE | 23.12 | 703.14 |
| | | | | TOTALS | 647.01 | |
| | | | | DEDUCTIONS | | |
| | | | | UNIONDUE | 28.00 | 868.00 |
| | | | | TOTALS | 28.00 | |

VAC  45.00  H     OPD  8.00  H     OTH  0.00  H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA  30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

---

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS    OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 08/23/2024 | 0732112200 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,636.64 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

VOID

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**



| EMPLOYEE NAME | | WORK LOCATION | | ADVICE NO. |
|---|---|---|---|---|
| DARRIN M JOSEPH II | | 0732 PAWAS PKG 1530 | | 0732103213 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
| 4129456 | | S | S  00 | | 08/16/2024 |
| EARNINGS STATEMENT | PERIOD BEGIN 08/04/2024 | PERIOD END 08/10/2024 | TOTAL EARNINGS 2,274.66 | TOTAL TAXES 633.76 | TOTAL DEDUCTIONS 28.00 | NET AMOUNT 1,612.90 |

EARNINGS
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY

CURRENT PAY RATE    44.84
```
REGULAR      44.843    40.00     1,793.72
OVERTIME     67.264     7.15       480.94
TOTAL HOURS WORKED    47.15
CURRENT TOTALS                   2,274.66
Y-T-D TOTALS         1,439.59   68,000.93
```

TAXES - DEDUCTIONS - MISC
DESCRIPTION - CURRENT - YEAR-TO-DATE

TAXES
```
FICA              141.03     4,216.06
FICA MEDICARE      32.98       986.01
FEDERAL TAX       364.58    10,431.57
ST TAX- PA         69.83     2,087.61
SUT EMPL DEDCT      1.59        47.62
S STRABANE          1.00        33.00
S STRABANE         22.75       680.02
   TOTALS         633.76
```
DEDUCTIONS
```
UNIONDUE           28.00       840.00
   TOTALS          28.00
```

VAC 45.00 H    OPD 8.00 H    OTH 0.00 H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA  15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS   OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 08/16/2024 | 0732103213 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,612.90 |

DEPOSITED IN THE NAME OF    DARRIN M JOSEPH II

Void After 180 Days

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

## DEPOSIT ADVICE - NON-NEGOTIABLE



| EMPLOYEE NAME | | | | WORK LOCATION | | | ADVICE NO. |
|---|---|---|---|---|---|---|---|
| DARRIN M JOSEPH II | | | | 0732 PAWAS PKG 1530 | | | 0732094154 |
| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | | STATE WORK | STATE RES STATUS | | ADVICE DATE |
| 4129456 | XXX-XX-XXXX | S | | S 00 | | | 08/09/2024 |
| EARNINGS STATEMENT | PERIOD BEGIN 07/28/2024 | PERIOD END 08/03/2024 | TOTAL EARNINGS 1,783.99 | TOTAL TAXES 465.11 | TOTAL DEDUCTIONS 28.00 | | NET AMOUNT 1,290.88 |

```
                    EARNINGS                                    TAXES  -  DEDUCTIONS  -  MISC
DESCRIPTION - RATE - MILES - HOURS - GROSS PAY        DESCRIPTION    -    CURRENT    -    YEAR-TO-DATE
           CURRENT PAY RATE   44.84
REGULAR   43.843       16.00       701.49                        TAXES
REGULAR   44.843        8.00       358.74        FICA              110.61         4,075.03
OVERTIME  65.764        4.23       278.18        FICA MEDICARE      25.87           953.03
OVERTIME  67.264        1.41        94.84        FEDERAL TAX       253.77        10,066.99
SICK PAY  43.843        8.00       350.74        ST TAX- PA         54.77         2,017.78
TOTAL HOURS WORKED     29.64                     SUT EMPL DEDCT      1.25            46.03
CURRENT TOTALS                   1,783.99        S STRABANE          1.00            32.00
Y-T-D TOTALS      1,392.44      65,726.27        S STRABANE         17.84           657.27
                                                   TOTALS          465.11
                                                               DEDUCTIONS
                                                 UNIONDUE           28.00           812.00
                                                   TOTALS           28.00
```

VAC  45.00  H      OPD  8.00  H              OTH  8.00  H

ADDRESS VERIFICATION AREA    1003 SOUTH MAIN ST
                             WASHINGTON    PA    15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA  30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA
024438 (05/03)

**THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES**

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS   OH  43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 08/09/2024 | 0732094154 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,290.88 |

DEPOSITED IN
THE NAME OF   DARRIN M JOSEPH II

Void After 180 Days

**THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT**

## DEPOSIT ADVICE - NON-NEGOTIABLE

| EMPLOYEE NAME | WORK LOCATION | | | | ADVICE NO. |
|---|---|---|---|---|---|
| DARRIN M JOSEPH II | 0732 PAWAS PKG 1530 | | | | 0732085100 |

| EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | STATE RES STATUS | ADVICE DATE |
|---|---|---|---|---|---|
| 4129456 | [redacted] | S | S 00 | | 08/02/2024 |

| EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| | 07/21/2024 | 07/27/2024 | 2,562.62 | 736.81 | 27.50 | 1,798.31 |

**EARNINGS**

DESCRIPTION - RATE - MILES - HOURS - GROSS PAY

| Description | Rate | Hours | Gross Pay |
|---|---|---|---|
| CURRENT PAY RATE | 43.64 | | |
| REGULAR | 43.843 | 40.00 | 1,753.72 |
| OVERTIME | 65.764 | 12.30 | 808.90 |
| TOTAL HOURS WORKED | | 52.30 | |
| CURRENT TOTALS | | | 2,562.62 |
| Y-T-D TOTALS | | 1,354.80 | 63,942.28 |

**TAXES - DEDUCTIONS - MISC**

DESCRIPTION - CURRENT - YEAR-TO-DATE

| TAXES | Current | Year-to-Date |
|---|---|---|
| FICA | 158.88 | 3,964.42 |
| FICA MEDICARE | 37.15 | 927.16 |
| FEDERAL TAX | 433.69 | 9,813.22 |
| ST TAX- PA | 78.67 | 1,963.01 |
| SUT EMPL DEDCT | 1.79 | 44.78 |
| S STRABANE | 1.00 | 31.00 |
| S STRABANE | 25.63 | 639.43 |
| TOTALS | 736.81 | |

| DEDUCTIONS | Current | Year-to-Date |
|---|---|---|
| UNIONDUE | 27.50 | 784.00 |
| TOTALS | 27.50 | |

VAC 45.00 H OPD 8.00 H OTH 8.00 H

ADDRESS VERIFICATION AREA 1003 SOUTH MAIN ST
WASHINGTON PA 15301

United Parcel Service, Inc.
55 Glenlake Parkway NE
Atlanta, GA 30328
1-855-877-4772

BASIS OF PAY: HOURLY AS ESTABLISHED BY CBA

024438 (05/03)

THE FACE AND BACK OF THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES

United Parcel Service, Inc.
MID ATLANTIC - 0732
100 E. CAMPUSVIEW BLVD.
SUITE 300
COLUMBUS OH 43235

| EMPLOYEE ID | DATE | ADVICE NO. |
|---|---|---|
| 4129456 | 08/02/2024 | 0732085100 |

NET AMOUNT AS STATED ABOVE WAS DEPOSITED AS SHOWN BELOW

| Transit Number | Account Number | Type | Amount |
|---|---|---|---|
| | | C | $****1,798.31 |

DEPOSITED IN THE NAME OF DARRIN M JOSEPH II

Void After 180 Days

VOID

THIS CHECK IS VOID IF MULTICOLORED BACKGROUND AND THE BLUE TINTING ON BACK ARE ABSENT

**DEPOSIT ADVICE - NON-NEGOTIABLE**